IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN M. FAUST, PH.D. and NXGEN VECTOR SOLUTIONS, LLC,<br><br>    Plaintiffs,<br><br> v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA and DR. JAMES WILSON,<br><br>    Defendants. | Civil Case No. 2:24-cv-00406-KSM<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

Plaintiffs Susan M. Faust, Ph.D. and NxGEN Vector Solutions, LLC and defendants the Trustees of the University of Pennsylvania and Dr. James Wilson, by and through their undersigned respective counsel, hereby agree and stipulate that the time for Defendants to move, answer, or otherwise respond to the Complaint (D.I. 1) is hereby extended through and including March 21, 2024.

Respectfully submitted,

KANG HAGGERTY LLC

*s/Ross M. Wolfe*\*
Edward T. Kang (PA Bar No. 87823)
Ross M. Wolfe (PA Bar No. 316938)
123 South Broad Street, Suite 1670
Philadelphia, PA 19109
Telephone: 525.5850
Fax: 215.525.5860
ekang@kanghaggerty.com
rwolfe@kanghaggerty.com

*Counsel for Plaintiffs*

\**with permission*

Dated:  February 12, 2024

MORGAN, LEWIS & BOCKIUS LLP

*s/Amy M. Dudash*
Julie S. Goldemberg (PA Bar No. 314339)
Amy M. Dudash (PA Bar No. 311898)
Alison P. Patitucci (PA Bar No. 330485)
2222 Market Street
Philadelphia, PA 19103-2921
Telephone:  215.963.5000
Fax: 215.963.5001
julie.goldemberg@morganlewis.com
amy.dudash@morganlewis.com
alison.patitucci@morganlewis.com

*Counsel for Defendants*

SO ORDERED this ___ day of February, 2024

_____
U.S. District Court Judge