# Morgan Lewis

**Julie S. Goldemberg**
Partner
+1.215.963.5095
julie.goldemberg@morganlewis.com

July 15, 2024

**VIA CM/ECF**

Honorable John F. Murphy
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Susan M. Faust, Ph.D. v. The Trustees of the Univ. of Penn.*,
      <u>Civil Case No. 2:24-cv-00406-JFM</u>

Dear Judge Murphy:

We represent defendants the Trustees of the University of Pennsylvania and Dr. James Wilson in the above-referenced action. We write to respectfully request that the Court reschedule the hearing for the motion to dismiss oral argument, which was recently rescheduled for July 23, 2024. *See* Dkt. 18.

Pursuant to the Court's Policies and Procedures – General Guidance and Civil Matters pertaining to Development of Trial Lawyers (Procedure No. 11), Defendants intend to have a junior attorney, Alison Patitucci, argue a portion of the motion to dismiss at the upcoming oral argument. However, Ms. Patitucci will be out of town and is unavailable on the date of the rescheduled argument. Defendants therefore respectfully request that the Court reschedule the oral argument. Plaintiffs do not oppose this rescheduling request.

Counsel for all parties are available on August 22, 23, 28, and 29, 2024, insofar as any of these dates are convenient for the Court. Counsel are available should the Court wish to discuss this rescheduling request further.

**Morgan, Lewis & Bockius LLP**

2222 Market Street
Philadelphia, PA 19103-3007     T +1.215.963.5000
United States                    F +1.215.963.5010

Honorable John F. Murphy
Page 2

Respectfully submitted,

*/s/ Julie S. Goldemberg*

Julie S. Goldemberg (PA Bar No. 314339)

cc:  Counsel of Record (via CM/ECF)