IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN M. FAUST, NXGEN VECTOR SOLUTIONS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-406 |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, DR. JAMES WILSON | : | |

# ORDER

AND NOW, this 15th day of July 2024, upon considering defendants' unopposed letter request (DI 19) to reschedule the July 23, 2024 oral argument, and finding good cause, it is **ORDERED** defendants' unopposed letter request (DI 19) is **GRANTED** and we reschedule oral argument to **August 29, 2024** at **10:00am.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

MURPHY, J.