IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUSAN M. FAUST** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-406 |
| | : | |
| **THE TRUSTEES OF THE** | : | |
| **UNIVERSITY OF PENNSYLVANIA,** | : | |
| **DR. JAMES WILSON** | : | |

# ORDER

**AND NOW**, this 16th day of December 2024, upon considering defendants' motion for entry of a protective order (DI 51), it is **ORDERED**:

1. Plaintiff shall file an opposition to the motion (DI 51) no later than **December 30, 2024**.

2. We will hold a videoconference over Microsoft Teams on **January 6, 2025** at **11:00A.M.** and will send a videoconference link by e-mail to all counsel of record.

3. After plaintiff files an opposition, defendant shall meet and confer with plaintiff and work together to prepare a single proposed protective order with disputed language or alternative proposals highlighted within the document, and footnotes where any explanatory notes are helpful. Defendant shall file this joint document and e-mail a Word version to chambers no later than **January 3, 2025**.

_/s/ John F. Murphy_
**MURPHY, J.**