# Morgan Lewis

**Elizabeth Kletsel**
Associate
+1.215.963.8815
elizabeth.kletsel@morganlewis.com

December 18, 2024

**VIA CM/ECF**

Honorable John F. Murphy
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Susan M. Faust, Ph.D. v. The Trustees of the Univ. of Penn. and James Wilson, Ph.D*, Civil Case No. 2:24-cv-00406-Judge Murphy

Dear Judge Murphy:

We represent Defendants the Trustees of the University of Pennsylvania and Dr. James Wilson in the above-referenced action. On December 16, 2024, the Court entered an Order scheduling oral argument via videoconference on Defendants' Motion for Protective Order. *See* Dkt. 53.

Pursuant to the Court's Policies and Procedures – General Guidance and Civil Matters pertaining to Development of Trial Lawyers (Procedure No. 11), we write to notify the Court that I intend to argue the Motion for Protective Order. I am a junior attorney, and this will be my first time appearing in and arguing a motion in federal court. I thank the Court for having this procedure and for encouraging the trial development of less-experienced attorneys.

Respectfully submitted,

*/s/ Elizabeth Kletsel*

Elizabeth Kletsel (PA Bar No. 334204)

EMK
cc: Counsel of Record (via CM/ECF)

**Morgan, Lewis & Bockius** LLP

2222 Market Street
Philadelphia, PA  19103-3007
United States

T +1.215.963.5000
F +1.215.963.5001