IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN M. FAUST, PH.D. <br>                        Plaintiff, <br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, AND DR. JAMES WILSON, PH.D, <br>                        Defendants. | : <br> : <br> : **Civil Case No. 2:24-cv-00406-JFM** <br> : <br> : **JURY TRIAL DEMANDED** <br> : <br> : <br> : <br> : |

## SUBSTITUTION OF COUNSEL FOR PLAINTIFF

The undersigned counsel hereby consent to the substitution of Sofia J. Calabrese of Kang Haggerty LLC for Siqi Cheng of Kang Haggerty LLC as counsel for Plaintiff Susan M. Faust, Ph.D., in the above-entitled case.

By: */s/ Sofia J. Calabrese*
Sofia J. Calabrese
123 S. Broad Street, Suite 1950
Philadelphia, PA 19109
P: (215)-525-5850
F: (215)-525-5860
scalabrese@kanghaggerty.com
*Withdrawing Attorney*

By: */s/ Siqi Cheng*
Siqi Cheng
123 S. Broad Street, Suite 1950
Philadelphia, PA 19109
P: (215)-525-5850
F: (215)-525-5860
scheng@kanghaggerty.com
*Substituting Attorney*

Dated: April 25, 2025

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN M. FAUST, PH.D.<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, AND DR. JAMES WILSON, PH.D,<br><br>　　　　　　　　　Defendants. | Civil Case No. 2:24-cv-00406-JFM<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Siqi Cheng, hereby certify that on April 25, 2025, I caused a true and correct copy of the foregoing Substitution of Counsel for Plaintiff to be served via email and ECF notification on the following:

Julie S. Goldemberg, Esq.
Amy M. Dudash, Esq.
Alison P. Patitucci, Esq.
Elizabeth M. Kletsel, Esq.
**MORGAN LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-2921
T: (215) 963-5000
julie.goldemberg@morganlewis.com
amy.dudash@morganlewis.com
alison.patitucci@morganlewis.com
elizabeth.kletsel@morganlewis.com

By:　　*/s/ Siqi Cheng*
　　　　Siqi Cheng

Dated: April 25, 2025