**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SUSAN M. FAUST | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-406 |
| | : | |
| THE TRUSTEES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | |
| DR. JAMES WILSON | : | |

## ORDER

**AND NOW**, this 16th day of June 2026, in light of plaintiff's attached letter, it is

**ORDERED** we **amend** our May 1, 2026 order (DI 147) as follows:

1.      No later than **August 14, 2026**, Dr. Faust shall either cause new counsel to appear in the case or email chambers and opposing counsel a letter with a status report of her progress toward retaining new counsel.

2.      All expert discovery shall be completed no later than **October 2, 2026**.

3.      Expert depositions, if any, shall be concluded no later than **October 2, 2026**.

4.      Motions for summary judgment and *Daubert* motions shall be filed no later than **November 23, 2026**. Responses shall be filed no later than **December 7, 2026**.  Motions for summary judgment and responses shall be filed in the form prescribed in Judge Murphy's Scheduling and Motion Policies and Procedures.[1]  If no summary judgment motion is filed by the deadline, then within 2 days of the deadline, plaintiff shall file a notice that the case is ready for trial.

MURPHY, J.

---

[1] Counsel shall review Judge Murphy's summary judgment procedures in section 9 of his Policies and Procedures.

Susan M. Faust, Ph.D.
3 Tingey SQ SE Apt. 508
Washington, DC 20003

June 15, 2026

The Honorable John F. Murphy
United States District Court
Eastern District of Pennsylvania
601 Market Street
Courtroom 3B
Philadelphia, PA 19106

**Re: Faust v. The Trustees of the University of Pennsylvania, et al.**
**Civil Action No. 2:24-cv-00406-JFM**

Dear Judge Murphy:

Pursuant to the Court's May 1, 2026 Order, I write to provide a status update regarding my efforts to secure representation and funding for this litigation.

Since my previous status report, I have continued to pursue both representation and the litigation funding necessary to prosecute this matter. I have executed an engagement agreement with Spilman Thomas & Battle, PLLC and remain in communication with counsel regarding the case. However, litigation funding has not yet been finalized, and counsel has therefore not entered an appearance.

Over the past several months, I have actively engaged with multiple prospective litigation funders, provided materials for their review, and participated in ongoing due diligence discussions. Counsel participated in discussions with a prospective funder regarding the merits of the case, damages analysis, and anticipated litigation costs. While funding has not yet been secured, I continue to pursue funding opportunities and remain engaged in discussions with prospective funders.

I continue to diligently pursue litigation financing and remain committed to prosecuting this action. I will promptly notify the Court and opposing counsel of any material developments concerning funding or representation.

Thank you for the Court's consideration.

Best wishes,

Susan M. Faust, Ph.D.

CC:
Julie S. Goldemberg
Amy M. Dudash
Alison Paige Patitucci
Elizabeth Kletsel
Elaine Blais
Shane P. Riley
Julian E. Neiser