AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| SUSAN M. FAUST,<br>*Plaintiff*<br>v.<br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, et al.<br>*Defendant* | ) ) ) ) ) | Case No. 2:24-cv-00406-JFM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Susan M. Faust .

Date: 08/13/2026

/s/ Julian E. Neiser
*Attorney's signature*

Julian E. Neiser, Pa. Id. No. 87306
*Printed name and bar number*

Spilman Thomas & Battle, PLLC
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
*Address*

jneiser@spilmanlaw.com
*E-mail address*

(412) 325-1116
*Telephone number*

(412) 325-3324
*FAX number*